**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMERICA FIRST LEGAL FOUNDATION,

        Plaintiff,

   v.

U.S. DEPARTMENT OF AGRICULTURE,
*et al.*,

        Defendants.

Case No. 22-cv-3029 (BAH)

---

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Standing Order at 4(b)(ii), *see* ECF No. 4, Plaintiff America First Legal Foundation ("AFL") and Defendants, U.S. Department of Agriculture, U.S. Department of Education, U.S. Department of Energy, U.S. Environmental Protection Agency, U.S. Department of Health and Human Services, U.S. Department of Homeland Security, U.S. Department of the Interior, U.S. Department of Labor, U.S. Small Business Administration, U.S. Department of State, and U.S. Department of Transportation, respectfully submit this Joint Status Report and Proposed Briefing Schedule.

1.      AFL filed its Complaint in this action on October 6, 2022. *See* Compl., ECF No. 1. In it, AFL challenged Defendants' failures to respond to, or responses indicating an inability to locate the responsive document for, the FOIA requests that AFL sent each agency in June 2022, requesting the strategic plan that each agency submitted to the White House pursuant to Executive Order ("EO") 14019. *Id*. ¶¶ 90-121.

2.      Defendants filed their answer on November 14, 2022. *See* Answer, ECF No. 6.

3.      Defendants have each now searched for and located the document responsive to AFL's FOIA request.

4.      Defendants have now determined that each will be withholding its strategic plan in full pursuant to FOIA Exemption 5, including under the presidential communications and deliberative process privilege prongs of that Exemption.

5.      The Parties agree that the next step in this case is to brief for summary judgment the question of whether the withholding of the requested documents is lawful under FOIA Exemption 5.

6.      The Parties also agree that this case should be consolidated with the case *America First Legal Foundation v. U.S. Department of the Treasury*, Case No. 22-cv-3034 (BAH), which AFL filed on the same day as the instant case, which involves AFL's FOIA requests to other agencies for their strategic plans submitted to the White House pursuant to EO 14019, and which this Court has already recognized as a related case.  As explained in the Motion to Consolidate that the Parties have filed in the instant case today, *see* ECF No. 19, the Parties agree that, because each agency defendant has withheld its strategic plan under FOIA Exemption 5, including under the presidential communications and deliberative process privileges, it is in the interest of judicial efficiency to consolidate the cases rather than the Court considering nearly identical briefing on the same issues in both cases.

7.      The Parties respectfully request that the Court enter the following briefing schedule:

- Defendants' Motion for Summary Judgment: By January 11, 2023

- AFL's Opposition: By February 8, 2023

- Defendants' Reply: By February 22, 2023

Dated:  November 28, 2022                          Respectfully submitted,
/s/ Michael Ding                                         BRIAN M. BOYNTON
MICHAEL DING                                         Principal Deputy Assistant Attorney
D.C. Bar No. 1027252                                  General
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231

Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org


*Counsel for Plaintiff*

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/  Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-8177
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendants*