UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>  Defendants. | Case No. 22-cv-3029 (BAH) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

The Court should deny Plaintiff's late motion for leave to file a sur-reply, ECF No. 31. *First*, Plaintiff cannot establish good cause for a sur-reply because Defendants' motion for summary judgment included both points that Plaintiff claims were first raised in the reply brief. Defendants relied on the declaration of Richard Sauber in their motion for summary judgment when explaining that the strategic plans were "solicited and received" by the White House. Defs.' Mot. at 13, ECF No. 21 (citing Decl. of Richard A. Sauber, ECF No. 21-2). Defendants likewise argued that the Executive Order was part of the "process by which agencies provide advice to the President and his senior advisors on potential policy ideas." Defs.' Mot. at 15. *Second*, Plaintiff offers no explanation for why it waited more than a month after Defendants filed their reply brief to submit its proposed five-page sur-reply. As the motion for leave fails to establish good cause, the Court should deny Plaintiff's request to file a sur-reply.

1

Dated:  June 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney (ME Bar No. 006018)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 305-7667
Fax:  (202) 616-8470
E-mail:  brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendants*